IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS SMALL,

    Plaintiff,                   No. CIV S-00-2645 DFL DAD

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.                <u>ORDER</u>

/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On March 21, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1. The findings and recommendations filed March 21, 2005, are adopted in full; and

2. Plaintiff's counsel is awarded $8,492.75 in attorney fees and plaintiff be refunded the sum of $2,958 previously awarded under the Equal Access to Justice Act.

DATED: 5/19/2005

_____
DAVID F. LEVI
United States District Judge